# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

CORNELIUS MADDOX,

        Plaintiff,

     v.                            Case No. 08-C-521

DONALD JONES, et al.,

        Defendant.

## ORDER

Plaintiff has filed a motion seeking a court order requiring his prison to pay the initial partial filing fee out of his release account funds. The initial partial filing fee was calculated based on the amount Plaintiff had in his regular prison account, which showed a balance of $457.47 as of the end of May. His statement indicates frequent significant canteen purchases in amounts exceeding $30 and payments for (among other things) multiple magazine subscriptions. The release account may not be accessed under state law for non-release purchases, and it is only when an inmate's regular account is insufficient to pay the initial partial filing fee that the release account may be tapped. Because it appears Plaintiff has sufficient funds to pay the IPFF out of his regular account, the motion will be denied. Plaintiff will be given until September 1 to either pay the initial partial filing fee or show cause why he cannot do so out of his regular account. The motion to order access to release account funds is **DENIED**.

     **SO ORDERED** this   14th   day of August, 2008.

                              s/ William C. Griesbach
                              William C. Griesbach
                              United States District Judge