UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CORNELIUS MADDOX,

    Plaintiff,

v.                        Case No. 08-C-521

DONALD JONES, et al.,

    Defendants.

**ORDER**

Plaintiff has filed motion to strike the Defendants' answer on the grounds that it asserts vague and incomprehensible defenses. Defendants have responded by noting that Plaintiff had hitherto refused to submit a release of his medical records, making their ability to meaningfully answer impossible. They have also filed a motion to amend and have submitted an amended answer that provides sufficient information as to the nature of its defenses. The motion to amend will be **GRANTED**, and the Plaintiff's motion to strike will be **DENIED** as moot.

**SO ORDERED** this   8th   day of January, 2009.

                                      s/ William C. Griesbach
                                      William C. Griesbach
                                      United States District Judge