UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CORNELIUS MADDOX,

    Plaintiff,

v.                                Case No. 08-C-521

DONALD JONES, et al.,

    Defendants.

**ORDER**

Plaintiff has filed a motion seeking another extension of time. This Court has already granted several extensions, and this will be the final one. Plaintiff may respond to the pending motion on or before May 1, 2009. No further extensions will be granted.

Plaintiff has also filed a motion to substitute a party for Defendant Stephanie Sequin, recently deceased. To the extent the motion seeks to substitute Sequin's estate, it is granted. But to the extent it seeks to substitute the nurse who took Sequin's place, it is denied, as there is no legitimate official capacity claim against that officer.

**SO ORDERED** this  1st  day of April, 2009.

                                        s/ William C. Griesbach
                                        William C. Griesbach
                                        United States District Judge